UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 22-1383 MWF (ASx)** | Date: September 02, 2022 |
| Title | **Xuexing Zheng v. Alejandro Mayorkas, et al.** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on March 1, 2022.  (Docket No. 1).  On April 20, 2022, Plaintiff filed Proofs of Service of the Summons and Complaint on Defendants.  (Docket No. 8).  The Proofs of Service do not satisfy Federal Rules of Civil Procedure, Rules 4(i)(1)(A)(ii) and (B) because the Proofs of Service do not include proof of registered or certified mail.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **September 26, 2022**.

- BY PLAINTIFF:  PROOFS OF SERVICE of Summons and Complaint.

Plaintiff shall file complete Proofs of Service pursuant to Federal Rules of Civil Procedure, Rule 4(i).

> AND/OR

- BY DEFENDANTS:  RESPONSES TO THE COMPLAINT.  The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-1383 MWF (ASx)**                                      Date:  September 02, 2022

Title          **Xuexing Zheng v. Alejandro Mayorkas, et al.**

     No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **September 26, 2022** will result in the dismissal of this action.

     IT IS SO ORDERED.

Initials of Preparer:  RS/sjm